IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JESSE WADSWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CV-818-WKW |
| | ) | |
| BILL FRANKLIN and ELMORE COUNTY JAIL KITCHEN STAFF, | ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On February 20, 2019, the Magistrate Judge filed a Recommendation to which no timely objections were made. (Doc. # 10.) After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 10) is ADOPTED.

2. Defendant Bill Franklin's motion to dismiss (Doc. # 7) is GRANTED to the extent that Franklin seeks the dismissal of this case due to Plaintiff's failure to properly exhaust an available administrative remedy.

3. This case is DISMISSED without prejudice under 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust an available administrative remedy.

4. Defendant Elmore County Jail Kitchen Staff is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 13th day of March, 2019.

                                          /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE